UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-CV-60544-ZLOCH/ROSENBAUM

WOLF SCHOENBORN,                )
                               )
            Plaintiff,          )
                               )
v.                             )
                               )
MAN DIESEL NORTH AMERICA, INC.,  )
                               )
            Defendant.          )
_____)

## DEFENDANT'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant, MAN DIESEL NORTH AMERICA, INC., by and through its undersigned counsel, hereby submits this Notice of Filing Documents in Support of its Motion for Summary Judgment.

1.     Exhibit A:  Complaint.

2.     Exhibit B:  Declaration of Poul Korsgaard.

3.     Exhibit C:  Plaintiff's Answers to Interrogatories.

4.     Exhibit D:    Plaintiff's Supplemental Response to Defendant's Interrogatory Question 12.

5.     Exhibit E:  E-mail from Jean Sawaya to Poul Korsgaard (January 24, 2007 at 5:52 p.m.) and e-mail from Plaintiff to Poul Korsgaard (January 276, 2007).

6.     Exhibit F:  Transcript of deposition of Wolf Schoenborn, with exhibits, taken on October 1, 2009.

Dated:  February 22, 2010                    Respectfully submitted,
        Miami, FL


                              By:     s/David E. Block_____
                                      David E. Block, Esq. (0108820)
                                      E-mail:  blockd@jacksonlewis.com
                                      Ria N. Chattergoon (015099)
                                      E-mail:  chaterrr@jacksonlewis.com

CASE NO. 09-CV-60544-ZLOCH/ROSENBAUM

JACKSON LEWIS LLP
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  (305) 577-7600
Facsimile:   (305) 373-4466
Attorneys for Defendant

CASE NO. 09-CV-60544-ZLOCH/ROSENBAUM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/David E. Block_____
David E. Block, Esq.

CASE NO. 09-CV-60544-ZLOCH/ROSENBAUM

## <u>SERVICE LIST</u>

**Wolf Schoenborn v. MAN Diesel North America, Inc.**
**Case No.  09-CV-60544-ZLOCH/ROSENBAUM**

Randall Nordlund, Esq. (Fla. Bar No. 855804)
E-mail: *nordlund@wdbn.net*
Weissman, Dervishi, Borgo & Nordlund, P.A.
SunTrust International Center
One Southeast Third Avenue
Miami, Fl 33131
Telephone: 305-347-4070
Facsimile:  305-347-4070
Attorney for Plaintiff

David E. Block, Esq. (Fla. Bar No. 0108820)
E-mail: *blockd@jacksonlewis.com*
Ria N. Chattergoon, Esq. (Bar No. 015099)
E-mail: *chatterr@jacksonlewis.com*
JACKSON LEWIS LLP
One Biscayne Tower
2 South Biscayne Boulevard - Suite 3500
Miami, Florida  33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

Attorneys for Defendant