UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60544-ZLOCH

WOLF SCHOENBORN,

     Plaintiff,

v.

MAN DIESEL NORTH AMERICA, INC.,

     Defendant.

_____

## PLAINTIFF'S NOTICE OF DEPOSITIONS

Plaintiff, Wolf Schoenborn, gives notice of scheduling the depositions of **Rolando Bustamante, Jim Otto and Hernán Ruíz** for 10:00 a.m., 1:00 p.m. and 3:00 p.m., respectively, on Tuesday, March 23, 2010 at the offices of the certified court reporters, Houston Reporting & Videoconferencing, 1010 Lamar Street, Suite 1400, Houston, Texas 77002, 713-739-1400.

*CERTIFICATE OF SERVICE*

I hereby certify that we served a copy of this document by electronic filing this 15th day of March, 2010 upon Mr. David Block, Esq., Jackson Lewis LLP, One Biscayne Tower, Suite 3500, 2 South Biscayne Boulevard, Miami, Florida 33131.

s/Randall Nordlund
RANDALL NORDLUND, Esq.
Fla. Bar No. 855804
Weissman Dervishi Borgo & Nordlund P.A.
SunTrust International Center, Suite 1980
One Southeast Third Avenue
Miami, Florida 33131
305-347-4070
305-347-4077 (Fax)
nordlund@wdbn.net